In the Matter of SILVIO A. LANZA, Appellant, against GEORGE J. RYAN et al., as Members of the Board of Education of the City of New York, et al., Respondents.

(Argued March 26, 1930; decided April 11, 1930.)

*Vito F. Lanza* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Willard S. Allen* and *Thomas W. A. Crowe* of counsel), for respondents.

Order affirmed, with costs. Eighth question certified answered in the negative. Other questions not answered; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.